UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHTRONIC INDUSTRIES MEXICO SA DE CV,

                      Plaintiff,

                    v.

MAERSK, A/S, CHIJIN SHIPPING SA, and MAERSK HAI PHONG, in rem.,

                    Defendants.

22-CV-7521 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 16, 2022, the Court ordered that the parties submit a joint letter and proposed case management plan no later than October 28, 2022. *See* Dkt. 4. As of today's date, these materials have not been filed. The parties shall submit their joint letter and proposed case management plan in advance of the initial pretrial conference on November 4, 2022, at 3:30 p.m. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 2, 2022
              New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge