

**CHALOS & CO. P.C.**
International Law Firm
55 Hamilton Avenue, Oyster Bay, New York 11771
TEL: +1-516-714-4300  FAX: +1-516-750-9051  WEB: www.chaloslaw.com  EMAIL: info@chaloslaw.com

January 4, 2023

**<u>Via Electronic Filing</u>**

Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
Courtroom 1506
40 Foley Square
New York, New York 10007

> **Re:    Techtronic Industries Mexico SA de CV v. Maersk A/S, et al.**
> **Case No. 1:22-CV-7521 (S.D.N.Y.) (RA)**
> **Letter Motion for Adjournment of January 6 Telephone Conference**

Dear Judge Abrams –

Plaintiff Techtronic Industries Mexico SA de CV (hereinafter "Plaintiff"), by and through undersigned counsel, respectfully submits this letter requesting a final adjournment of the January 6, 2023 preliminary conference in this matter. In support thereof, Plaintiff confirms it has been in negotiation with Defendants to attempt to resolve this modest dispute amicably. The parties anticipate working out either a resolution of the entire claim and/or to voluntarily transfer the matter to a foreign jurisdiction pursuant to the bills of lading. Plaintiff therefore respectfully requests a brief twenty-one (21) day adjournment of all deadlines and conferences in this case to January 27, 2023, to finalize terms and file an appropriate dismissal with the Court.

In advance, we thank the Court for its attention and consideration of the above request.

Application granted. The initial pretrial conference is hereby adjourned to January 27, 2023 at 11:00 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than January 25, 2023, the parties shall file a joint letter and proposed case management plan, as described by this Court's prior orders in this action.

Respectfully submitted,

Chalos & Co, P.C.

Briton P. Sparkman

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
1/5/2023

1